

**Phone:** (718) 971-9474 | **Fax:** (718) 865-0943 | **Email:** Jonathan@shalomlawny.com
**Office:** 105-13 Metropolitan Avenue Forest Hills, New York 11375

October 13, 2021

**VIA ECF**
Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   Michelle Tenzer-Fuchs v. JLR Long Island Re, LLC.; Case No. 2:21-cv-04941-BMC

Dear Judge Cogan,

      This letter shall serve as Plaintiff's amended and renewed request for an adjournment of the Initial Conference scheduled for Thursday, October 14, 2021, at 10:00 am. The undersigned respectfully apologizes for its inadvertent and erroneous filing for an adjournment request on October 12, 2021 (Dkt No. 10).

      Plaintiff had filed a letter motion for leave to Amend Plaintiff's complaint to name JLR Long Island Re, LLC and dismiss its claims against Jaguar Land Rover North America, LLC on September 27, 2021 (Dkt No. 5). This Court granted Plaintiff's letter motion on September 27, 2021. Plaintiff then filed an Amended Complaint on September 29, 2021 (Dkt No. 8) and Proposed Summons for JLR Long Island Re, LLC on October 1, 2021 (Dkt No. 9).

      Plaintiff hereby amends its previous statement and clarifies that she was not issued a Summons for JLR Long Island Re, LLC. As a result, to date Plaintiff has not served its Amended Complaint on JLR Long Island Re, LLC.

      Thus, the undersigned respectfully requests the upcoming Initial Conference scheduled for Thursday, October 14, 2021 at 10:00 am be adjourned for 60 days or an alternative period that this Court deems reasonable in order to provide Defendant additional time to appear in this matter via counsel.



**Phone:** (718) 971-9474| **Fax:** (718) 865-0943| **Email:** Jonathan@shalomlawny.com
**Office:** 105-13 Metropolitan Avenue Forest Hills, New York 11375

Thank you for your time and consideration of the above request.

                                               Respectfully submitted,

                                               /s/*Jonathan Shalom*
                                               Jonathan Shalom, Esq.