UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

MICHELLE TENZER-FUCHS,

                          Plaintiff,

-against-

JLR Long Island RE, LLC,

                         Defendants.
-----------------------------------------------------------x

2:21-cv-4941

**NOTICE OF SETTLEMENT**

Now comes the Plaintiff Michelle Tenzer-Fuchs, by and through counsel, to provide notice to the Court that the present case has been settled in principle between Plaintiff and Defendant and state:

1. A Settlement Agreement ("Agreement") is in the process of being drafted amongst the parties. Once the Agreement is reviewed and fully executed, and Plaintiffs have received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences for thirty (30) days.

3. We respectfully request the Court provide that the parties may seek to reopen the matter for sixty (60) days to assure that the Agreement is executed, and that the settlement payment has been cleared.

Dated:    Forest Hills, New York
            December 6, 2021

                                                    Respectfully submitted,

                                                    By: /s/*Jonathan Shalom*
                                                    Jonathan Shalom, Esq.
                                                    Jonathan@ShalomLawNY.com
                                                    105-13 Metropolitan Avenue
                                                    Forest Hills, NY 11375
                                                    Tel: (718) 971-9474

                                                    ATTORNEYS FOR PLAINTIFF